IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LONGHORN HD LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00070-JRG-RSP |
| | § | (LEAD CASE) |
| QNAP SYSTEMS, INC., | § | |
| | § | |
| BULLITT GROUP LTD., | § | Case No. 2:22-cv-00068-JRG-RSP |
| | § | (MEMBER CASE) |
| *Defendant*. | § | |

### ORDER

Before the Court is Plaintiff Longhorn HD LLC's Notice of Dismissal of Claims against Defendant Bullitt Group LTD. (Dkt. No. 16.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action as to Bullitt Group LTD in the above-captioned case are **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to **CLOSE** Member Case No. 2:22-cv-00068 and **MAINTAIN AS OPEN** Lead Case No. 2:22-cv-00070.

**So Ordered this**

**Sep 9, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE